JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR14-5575 BHS |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT |
| RUBEN ROJAS-CARILLO, ) | |
| Defendant. ) | |

The Court, having considered the Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

1.  Mr. Rojas-Carillo is charged by Information with Illegal Reentry in Violation of 18 U.S.C. § 1326(a).

2.  Mr. Rojas-Carillo made his initial court appearance on December 19, 2014.

3.  Counsel is seeking an order continuing the time within which an Indictment must be filed on the grounds that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(i) and (B)(iv). The requested new deadline would be March 31, 2015.

4.  The defendant has executed a Waiver of Speedy Indictment waiving rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has further agreed that the period from January 18, 2015, until March

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT
(*U.S. v. Rojas-Carillo*; CR14-5575 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

31, 2015, shall be an excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

5. The Government, represented by Assistant United States Attorney Grady Leupold does not object to this request for Extension of the Indictment Deadline.

6. In light of the foregoing, and for the reasons stated in the Unopposed Motion to Extend Time for Indictment,

IT IS HEREBY ORDERED that the time to file an Indictment be extended to March 31, 2015. The period of delay resulting from this extension of time from January 18, 2015 until March 31, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED this 15th day of January, 2015.

.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Miriam Schwartz*
Assistant Federal Public Defender
Attorney for Ruben Rojas-Carillo

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT
(*U.S. v. Rojas-Carillo*; CR14-5575 BHS) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**